UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-375 AWI |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:06-CR-375 OWW |
| | ) | |
| ELIZABETH LIZETTE LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | **ORDER REASSIGNING CASE** |
| | ) | |

This matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   November 21, 2006**                     /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE

1