UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR F-06-375 AWI |
| Plaintiff, | NEW CASE NUMBER: |
| v. | CR F-06-375 OWW |
| ELIZABETH LIZETTE LOPEZ, | |
| Defendant. | **ORDER REASSIGNING CASE** |

   This matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

   To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CR F-06-375 OWW**

IT IS SO ORDERED.

**Dated:   November 22, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

1