UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )    1:06-CR-375 OWW
                               )
     v.                        )
                               )
ELIZABETH LIZETTE LOPEZ,       )
                               )
            Defendant          )    ORDER RECOMMENDING FACILITY
_____)
```

The Court hereby recommends the defendant be incarcerated at the facility in Dublin, California, but only insofar as it is in accordance with security classification and space availability.

Dated: January 31, 2007          /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1